UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA RAMDIAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | Case No. 12-cv-00505-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. Nos. 26, 28 |

　　　　Plaintiff stated on the record on October 18, 2012, that this action has settled. *See* Dkt. No. 26. Accordingly, all deadlines and hearings in this case are VACATED. By March 29, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

　　　　Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

　　　　**IT IS SO ORDERED**.

Dated: March 22, 2013

_____
Jon S. Tigar
United States District Judge