G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
SASHA RAMDIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASHA RAMDIAL,<br><br>             Plaintiff,<br><br>     vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>             Defendants. | **Case No.: C 12-00505 JST**<br><br>[PROPOSED] **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff SASHA RAMDIAL against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, without prejudice.  Plaintiff SASHA RAMDIAL and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date:  April 1, 2013                    _____
                                            HON. JON S. TIGAR
                                            UNITED STATES DISTRICT COURT JUDGE